# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY P. JANSEN,<br><br>Defendant. | PO 21-05034-GF-JTJ<br><br>VIOLATIONS:<br>9711801<br>Location Code: M13<br><br>ORDER |

Upon motion of the United States and for good cause shown,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $500 ($470 fine and a $30 processing fee). The total fine amount will be paid in full on or before July 31, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the initial appearance scheduled for March 4, 2021, is VACATED.

DATED this April 1, 2021.

John Johnston
United States Magistrate Judge